

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | CV 19–175–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ENGINEERED STRUCTURES, INC., K&K ROOFING & EXCAVATION, INC., and WALTER YOCHIM, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 18),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED, and any pending motions are DENIED AS MOOT.

DATED this 29th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court